Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
## for the
middle District of Florida

Jacksonville Division

Legal Mail
Provided to Florida State Prison
2/6/24 for mailing by [signature]

James T. Murzike #L07713

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. 3:24-cv-163-HES-JBT
*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: James T. Murzike
All other names by which you have been known: N/A
ID Number: L07713
Current Institution: Florida State Prison
Address: P.O. Box 800
Raiford, FLA. 32083
City / State / Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Jay, B.R. W/M
Job or Title (if known): Sgt.
Shield Number: JBR15
Employer: Florida State Prison
Address: P.O. Box 800
Raiford, FLA. 32083
City / State / Zip Code
☒ Individual capacity ☐ Official capacity

Defendant No. 2
Name: Magruder, M.P. W/M
Job or Title (if known): Correctional Officer
Shield Number: MMP18
Employer: Florida State Prison
Address: P.O. Box 800
Raiford, FLA. 32083
City / State / Zip Code
☒ Individual capacity ☐ Official capacity

Page 2 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
Name: MOSELY, JEREMY D. JR. W/M
Job or Title (if known): CORRECTIONAL OFFICER
Shield Number: MJ362
Employer: FLORIDA STATE PRISON
Address: P.O. BOX 800
City: RAIFORD   State: FLA.   Zip Code: 32083
☒ Individual capacity   ☐ Official capacity

Defendant No. 4
Name: WHATTERBURGER, W/M
Job or Title (if known): CORRECTIONAL OFFICER
Shield Number:
Employer: FLORIDA STATE PRISON
Address: P.O. BOX 800
City: RAIFORD   State: FLA.   Zip Code: 32083
☒ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1st, 8th, 14th Amend. U.S. Const.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

ALL STATED IN COMPLAINT SEE → STATEMENT OF FACTS pg. (5) A-B

Page 3 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Relief sought: SEE → page 14-A-

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

Inside Institution See → Statement of Facts

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

In Bravo Dorm wing-2 2nd Floor of cell B-1207S on December 21st 2023 at 7:00pm thru 10:42pm

Statement of claim: cont. 4 of A

(1) Defendants C.O. Magruder, M. & Sgt Jay, B. in using excessive physical force upon plaintiff Murzike, while secured in hand restraints physically battered plaintiff & sexual battered plaintiff was done with a "maliciously & sadistically" intent to cause great bodily harm act with "deliberate indifference" while plaintiff defenseless to injury plaintiff in violation of plaintiff 8th Amend. U.S. Constitution.

(2) Defendants C.O. Magruder, M. & Sgt Jay, B. in using unjustify excessive physical force to physically battered & sexual battered plaintiff Murzike, while defenseless in hand restraints const. the tort of assault & battery in violation of 944.35 F.S. & 775.083.1. F.S. as they act with "deliberate indifference" & act in bad faith gross negligence in violation 768.28 F.S.

(3) Defendant C.O. Whattacbuger, knowingly fail to intervene the unjustified excessive use of force sexual battery & physical battered by Sgt Jay, B. & C.O. Magruder, constitute deliberate indifference in violation of plaintiff 8th Amend. U.S. Const.

(4) Defendant C.O. Magruder, M. falsified official documents constitute a tort 3rd degree felony in violation of F.S. 838.022(2)(A)(B)(3)) to subject plaintiff Murzike, to unjustified C.M. confinement in violation of plaintiff 8th Amend U.S. Const. & F.A.C. 33-208.002(12)(19) policy.

(5) Defendant C.O. Mosley, J. knowingly falsified official documents constitute a tort 3rd degree felony in violation of F.S. 838.022(2)(A)(B)(3) to subject plaintiff Murzike, to unjustified (C.M.) confinement & lost gain time in violation of plaintiff 8th/14th Amend. U.S. Const. & F.A.C. 33-208.002(12)(19) policy.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

    C.    What date and approximate time did the events giving rise to your claim(s) occur?

DECEMBER 21ST 2023 AT 7:00 P.m. THRU 10:42 P.m.

    D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See → STATEMENT OF FACTS: PAGE (5) (A-B)

## V. Injuries "YES"

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

SUFFERING GREAT BODY PAIN, CUTS & BRUSIES, ON WRIST KNUCKLES, RECTUM BLEEDING, BUSTED LIP, LARGE LUMP ON HEAD, SWELLING IN EYE, PARANOID, STRESS, CAN'T SLEEP. CHIP GOLD TEETH, SHOULDER WRIST PAINS. I REMAIN IN CELL UNTREATED.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

RELIEF SOUGHT: PAGES (5) - (A-C)

Statement of Facts: Cont. pg. 5 of 8

On December 21st, 2023 approx. 7:30 p.m. thru 10:30 p.m. (Not sure exact time) Plaintiff Murzike, was housed in cell B-1207S when plaintiff Murzike, was pulled out for shower & taking to shower on 2nd floor. By C.O. Magruder, M. & Sgt Jay, B..

Upon plaintiff Murzike, being placed into shower Sgt Jay, & C.O. Magruder, then placed another extention handcuff leg iron shackle chain to plaintiff Murzike, cuff while handcuffed in back then locking the other cuff to the shower gate bars while holding arm Sgt Jay, force penatrate plaintiff Murzike, rectum with his finger sexual batterins the plaintiff

C.O. Magruder, then grabbed plaintiff Murzike, penis & testicals fundling them in an upper & down motion try to cause plaintiff Murzike, to ejacklate then began to try force oral sexual upon plaintiff Murzike, while in shower handcuff & shackle to the bars then punching plaintiff nearly knocking plaintiff unconsise

Plaintiff Murzike, was sexually battered & physically battered in retaliation by C.O. Magruder, & Sgt Jay, B. Forced into homosexual sexual acts while C.O. Whataburger stood by & watched & fail to intervene, plaintiff Murzike, then remained in cell untreated to experience the continuance pain, bleeding, & suffering.

C.O. Magruder, & Sgt Jay, B. w/m acted with deliberated indifference & violated Ch. 33-208.002 (8)(24), direct violation of PREA procedure 602.053, Also violating procedure 208.039(3)(24) along with my 8th & 14th amend.

Plaintiff Murzike, then file emergency grievance to warden & Secretary, F.D.O.C. See➔ approved grievance #24-6-01614

Statement of Facts: cont. 5 of 8

Ongoing Retaliation on January 18th 2024 at 7:00pm — 9:00pm. C.O. Magruder, & Sgt. Jay, B/o approach my cell stating we gave you a lil time to heal are you gonna be willing to consent without force then departed my cell smiling stating if you tell anybody what happened "you'll be a dead mutha fucker"

Plaintiff Muzzike, was then written a falsified D.R. by C.O. Magruder, in retaliation due to rejecting homosexual favors falsified documents under CH.33-208.002 (12)(49) policy see → D.R. Log #205-240122 (8-1).

Ongoing Retaliation C.O. Mosley, J. on January 22nd 2024 at 9:30pm Intentionally Denied plaintiff Muzzike, right to recieved Impartial Investigation In retaliation stating you not writting statements against my comrades. & Denied plaintiff Muzzike, Investigation violating plaintiff Due process CH33-601.305(1) (A-6)(3). F.A.C & 33-208.002 (12)(49) policy.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)? ALL CLAIMS (1-5) STATEMENT OF CLAIM: See → pages (4)-(6A)

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

[X] Yes

[ ] No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

[ ] Yes

[X] No

E. If you did file a grievance:

1. Where did you file the grievance? Florida State Prison, Warden, & Secretary F.D.O.C

2. What did you claim in your grievance? Excessive use of force & sexual battery, falsified documents, fail to protect & intervene

3. What was the result, if any? Approved allegation for warden review. Formal grievance log #24-6-01614

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)
Formal grievance to warden & formal to Tallahassee

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.  If you did not file a grievance:

   1. If there are any reasons why you did not file a grievance, state them here: "NO" BUT I FILED GRIEVANCES THEY STILL CAME BACK & STARVING me & TORCHER me IN RETALIATION DEPRIVED me OF my food & POISON me.

   2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: I FILED GRIEVANCES TO ALL HIGHER RANKING OFFICIAL BUT STILL BEING RETALIATED AGAINST & STARVE & ABUSE ETC.

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. FORMAL GRIEVANCE # 24-6-01614

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☒ Yes

☐ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible. DON'T HAVE COURT ORDERS DUE TO LOST OR DESTROYED PROPERTY IN RETALIATION BUT SEE A CONTINUATION OF CITED CASES pg. 10-A

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _James J. Murzike_
   Defendant(s) _See → Continuation of Cited Cases pg. 10-A_

2. Court *(if federal court, name the district; if state court, name the county and State)*

3. Docket or index number

4. Name of Judge assigned to your case

5. Approximate date of filing lawsuit

6. Is the case still pending?

   ☒ Yes

   ☐ No

   If no, give the approximate date of disposition.

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _See → Continuation of Cited Cases pg. 10-A_

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment? _"Yes" See → Continuation of Cited Cases pg. 10-A_

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☒ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) ___James J. Murzike___
   Defendant(s) ___see → continuation of cited cases pg. 10-A___

2. Court *(if federal court, name the district; if state court, name the county and State)*

3. Docket or index number

4. Name of Judge assigned to your case

5. Approximate date of filing lawsuit

6. Is the case still pending?

   ☒ Yes

   ☐ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   ___see → continuation of cited cases pg. 10-A___

Continuation of cited cases pg. 10-A

Murzike, V. T. Knox, etc    3:23-cv-1125-BJD-JBT    middle district still pending case

Murzike v. Goswell, etc    3:23-cv-1118-BJD-JBT    middle district still pending case

Murzike, V. Green, etc    3:23-cv-674-BJD-PDB    middle district still pending case

Murzike V. Rutevich, etc    3:23-cv-638-MMH-MCR    middle district still pending case

Murzike V. D. Allen, etc    3:23-cv-630-MMH-LLL    middle district still pending case

Murzike V. William, etc    3:23-cv-98-BJD-PDB    middle district still pending case

Murzike V. DeBorrow, etc    3:23-cv-1164-HLA-PDB    middle district still pending case

Murzike, V. Spear etc    3:22-cv-1467-TKW-HTC    Northern district dismiss without prejudice to refile on proper 1983 complaint form

Murzike v. Ricky Dixon, F.D.O.C Secretary,    writ of mandamus still pending challenging D.R. (district court 1st DCA)

(10)-A

RELIEF SOUGHT: CONT. E OF A

(1) DEFENDANTS CO. MAGRUDER, & SGT. JAY, ARE SUED $750,000 FOR PLAINTIFF MURZIKE, PHYSICAL & EMOTIONAL INJURIES SUSTAIN AS A RESULT OF THE BEATING & SEXUAL BATTERY VIOLATING PLAINTIFF MURZIKE, 8TH AMEND. U.S. CONST. ARE SUED IN THEIR INDIVIDUAL CAPACITY UNDER COLOR OF STATE LAW.

(2) DEFENDANTS CO. MAGRUDER, & SGT. JAY, ARE SUED $750,000 FOR UNJUSTIFY EXCESSIVE FORCE & SEXUAL BATTERY WHILE PLAINTIFF DEFENSELESS IN HAND RESTRAINTS CUFF TO BARS CONST. THE TORT OF ASSAULT & BATTERY IN VIOLATION OF 944.35 F.S. & 775.083.1. F.S. & ACT IN BAD FAITH GROSS NEGLIGENCE IN VIOLATION 768.28 F.S.

(3) DEFENDANT CO. WHITTERBURGER, KNOWINGLY FAIL TO INTERVENE THE UNJUSTIFIED EXCESSIVE FORCE SEXUALLY BATTERY BY SGT. JAY, & CO. MAGRUDER, CONST. "DELIBRATE INDIFFERENCE" IN VIOLATION OF PLAINTIFF 8TH AMEND. U.S. CONST. ARE SUED $150,000 IN HIS INDIVIDUAL CAPACITY UNDER COLOR OF STATE LAW.

(4) DEFENDANT CO. MAGRUDER, ARE SUED $250,000 FOR KNOWINGLY FALSIFIED D.R. REPORT (8-1) WHICH VIOLATED PLAINTIFF MURZIKE, 1ST, 5TH, 8TH U.S. CONST. & F.A.C. 33-208.002(8)(12)(19) POLICY ARE SUED IN HIS INDIVIDUAL CAPACITY UNDER COLOR OF STATE LAW.

(5) DEFENDANT LT. MOSELY, J., ARE SUED $150,000 FOR KNOWINGLY FALSIFYING PER. INVESTIGATION DENIED MY RIGHT TO INVESTIGATION IN RETALIATION IN VIOLATION OF PLAINTIFF MURZIKE 1ST, 8TH, & 14TH AMEND. U.S. CONST. ARE SUED IN HIS INDIVIDUAL CAPACITY UNDER COLOR OF STATE LAW.

# RELIEF SOUGHT
### CONT. (5)-(8)

2. ISSUE A DECLARATORY JUDGMENT STATING THAT:

(A) (1) The unjustified altering & falsified official document that came from another facility that was used here against plaintiff Murzike, by defendants, violated plaintiff Murzike, right under the Eight (8th) & Fourteenth (14th) Amendment to the United States Constitution & constituted an TORT 3rd Degree Felony Fraud under State Law.

(2) The unjustified altering & falsified official documents that came from another facility that was continued to be used here at (F.S.P.) against plaintiff Murzike, to keep plaintiff Murzike, from receiving his kosher R.D.P./C.F.O. meal by defendants were committed in a retaliatory act against plaintiff Murzike, for rejecting homosexual favors & filing grievances violated plaintiff Murzike, rights under the Eight (8th) & First (1st) Amendment to the United States Constitution & constitutes an TORT 3rd Degree Felony Fraud under State Law.

(3) The unjustified physical abuse upon plaintiff Murzike, by defendants violated plaintiff right under Eight (8th) & Fourteenth (14th) Amendment to the United States Constitution & constituted an assault and battery under State Law.

(4) The unjustified physical abuse upon plaintiff by defendants were committed in a retaliatory attack against plaintiff Murzike, for filing grievances & rejecting sexual favors violated plaintiff Murzike, right under the Eight (8th) & First (1st) Amendment to the United States Constitution & constitutes and Assault & Battery under State Law.

(B) ISSUE AN INJUNCTION ORDERING DEFENDANTS CHAPLAIN BAILEY, CHAPLAIN WYANN, TO:

(1). Replace me back on my R.D.P./C.F.O. religious kosher meal diet immediately due to my 180 days suspension been up from the use of fraudulent documents.

(2). Stop security officials from allowing inmate ok gang S.M.3 orderly's play with a (Com.1) inmate food putting illegal substance semen, battery acid, ointment, deodorant etc. into plaintiff Murzike, food & properly supervise these orderly's.

RELIEF SOUGHT
CONT. (J) (E)

(6) STOP SECURITY OFFICIALS FROM SEXUAL ABUSING ME & FILING FALSIFIED D.R.'S & SETTING ME UP IN RETALIATION DUE TO REJECTING SEXUAL FAVORS

(7) ORDER SGT. DAY, B.J. COOMAGRUDER, C.O. MOSELY, J. AND C.O. WHATERBERGER,

(8) ENTER AN ORDER TO WARDEN FOR PLAINTIFF MURZIKE, TO BE TRANSFERED OUT THIS REGION TO SOUTH FLORIDA REGION DUE TO THE REPEATED VIOLENCE, SEXUAL ABUSE, THREATS BY NUMEROUS EMPLOYEES HERE AT UNION C.I.

(9) PLAINTIFF MURZIKE, DEMAND TRIAL BY JURY.

(10) ALL DEFENDANTS ARE SUED $750,000 JOINTLY

(11) PLAINTIFF MURZIKE REQUESTING FEDERAL & STATE INDICTMENTS

(12) PLAINTIFF MURZIKE, REQUESTING THAT ALL DEFENDANTS PAY ALL COURTS COST AND FEES & COVER ALL MEDICAL COSTS IN THIS ACTION & COVER ALL ATTORNEY FEES.

(13) PLAINTIFF MURZIKE, REQUEST APPOINTMENT OF COUNSEL.

(14) PLAINTIFF MURZIKE, REQUESTING A 100,000 PUNITIVE DAMAGES TO BE ASSESSED AGAINST EACH DEFENDANT SEPARATELY AND JOINTLY IN THIS ACTION.

(15) PLAINTIFF REQUESTING THAT A DECLARATORY ORDER TO BE ISSUED DECLARING ALL DEFENDANTS VIOLATED PLAINTIFF RIGHTS, AFTER TRIAL BY JURY.

(16) PLAINTIFF MURZIKE, REQUESTING COURT TO ORDER ALL MEDICAL NURSES STAFFS PROPERLY ASSESS PLAINTIFF MURZIKE, & DOCUMENT ALL PLAINTIFF MURZIKE, INJURIES ON BODY GRAM SHEET & ENTER ORDER TO HEAD DOCTOR TO FORWARD ALL MEDICAL DIAGRAM BODY SHEETS & MEDICAL CHARTS & FILES RECORDS TO COURTS FROM MY ARRIVAL HERE AT (F.S.P.) AUG. 17th 2023 UP UNTIL PRESENT. FEB. 2024 & PROVIDE PLAINTIFF MURZIKE, COPYS.

38

ALL DEFENDANTS ACTIONS & IN ACTIONS VIOLATED PLAINTIFF MURZIKE, (EQUAL PROTECTION OF LAW) IN VIOLATION OF PLAINTIFF MURZIKE, 14TH U.S. CONSTITUTION & WAS OUTSIDE THE SCOPE OF THEIR EACH EMPLOYMENT UNDER COLOR OF STATE LAW AS ALL DEFENDANTS ACT UNDER COLOR OF STATE LAW & ARE STILL EMPLOYED UNDER COLOR OF STATE LAW AS THIS COMPLAINT ARE BEEN FILED.

ALL DEFENDANTS ACTION AND IN ACTIONS CONSTITUTE THE TORT OF ASSAULT & BATTERY IN VIOLATION OF 18 U.S.C. 242 (2) IN VIOLATION OF PLAINTIFF MURZIKE, 8TH U.S. CONSTITUTION AS ALL DEFENDANTS ACT "deliberately indifference" TO SECURED ALL PLAINTIFF MURZIKE, RIGHTS UNDER THE 5TH, 14TH & 1ST U.S. CONST. TO (EQUAL PROTECTION) OF LAW.

39

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2-6-24

Signature of Plaintiff: James T. Murzike
Printed Name of Plaintiff: James T. Murzike
Prison Identification #: #C07713
Prison Address: Florida State Prison P.O. Box 800
Raiford, Fla. 32083
City / State / Zip Code

### B. For Attorneys

Date of signing: _____

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address
City / State / Zip Code
Telephone Number
E-mail Address

*Certificate of Service Continuation pg. 11-A*

Page 11 of 11

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING 1983 complaint & Bank statement HAS BEEN PLACE IN PRISON OFFICIAL HANDS & FURNISHED TO THE LOWER LISTED PARTIES ON THIS 6TH DAY OF FEB 2024.

### PARTIES TO PROCEEDING

TO: U.S. DISTRICT COURT
MIDDLE DISTRICT
300 NORTH HOGAN STREET SUITE 9-150
JAX. FLA 32202

2-6-24
DATE

RESPECTFULLY SUBMITTED
/S/ James T. Murzike
James T. Murzike
#L67713   B-12075
FLORIDA STATE PRISON
P.O. BOX 800
RAIFORD, FLA. 32083
PRO SE,

11-A